No. 00–8452. ATKINS *v.* VIRGINIA. Sup. Ct. Va. [Certiorari granted, 533 U. S. 976 and *ante,* p. 809.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 01–628. LANTZ *v.* BANKS, CLERK, CITY OF SOUTHFIELD. Ct. App. Mich. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 01–6545. IN RE ANDREWS. Petition for writ of habeas corpus denied.

No. 01–6689. IN RE NORTHINGTON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 01–6063. IN RE BUTCHER. Petition for writ of mandamus denied.

No. 01–5362. IN RE AWOFOLU. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 01–5964. IN RE JOHNSON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 00–1406. CHEVRON U. S. A. INC. *v.* ECHAZABAL. C. A. 9th Cir. Certiorari granted.

No. 01–298. LAPIDES *v.* BOARD OF REGENTS OF UNIVERSITY SYSTEM OF GEORGIA ET AL. C. A. 11th Cir. Certiorari granted.